

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

**Lindsay Korotkin**
Partner
212.457.5548    **DIRECT**
lindsay.korotkin@afslaw.com

May 15, 2026

<u>**VIA CM/ECF**</u>

Judge Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of
New York
40 Foley Square, Room 2103
New York, NY 10007



Re:    *Roman and Williams, Inc. v. Ross Cassidy and Ross Cassidy Inc.*, No. 1:26-cv-01256

Dear Judge Failla:

We represent Plaintiff Roman and Williams, Inc. ("Plaintiff") in the above-captioned matter. We write on behalf of Plaintiff and with the consent of Defendants Ross Cassidy and Ross Cassidy Inc. ("Defendants," together with the Plaintiff, the "Parties"). This letter is submitted pursuant to the Court's Notice of Initial Pretrial Conference ("Notice"), ECF No. 8, and Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules"), to respectfully request an adjournment of the initial pretrial conference currently scheduled for May 29, 2026, at 10:30 a.m., and the associated Thursday, May 21, 2026 deadline to submit the parties' Proposed Civil Case Management Plan and Scheduling Order and joint letter.

This is the Parties' first request for an adjournment of the initial pretrial conference. No previous requests for an adjournment or extension of that conference have been made, granted, or denied. Good cause exists for the requested adjournment. Defendants have agreed to waive service, and Plaintiff filed with the Court Defendants' executed waiver of service forms on May 13, 2026. As a result, Defendants' response to the Complaint is now due on July 13, 2026. The parties are also actively engaged in settlement discussions and are working toward a final agreement by or before July 1, 2026. In light of these developments, the Parties believe that adjourning the initial pretrial conference to a date in July 2026 would promote judicial economy and conserve the parties' resources while they continue their efforts to resolve the matter.

Defendants consent to and join in this request for an adjournment. If the Court grants the requested adjournment, the parties will submit their Proposed Civil Case Management Plan and Scheduling Order and joint letter by the Thursday of the week preceding the rescheduled initial pretrial conference, as required by the Court's Notice and Individual Rules.

**Smart In
Your World**®



Plaintiff's counsel further confirms that it has notified Defendants' counsel of the Court's Notice and has provided Defendants' counsel with electronic copies of the Notice and the Court's Individual Rules. Defendants' counsel has confirmed receipt of those materials.

Accordingly, the Parties respectfully request that the Court adjourn the initial pretrial conference to a date in July 2026 or to such other date as is convenient for the Court, and reset the Parties' corresponding pre-conference submission deadline accordingly.

Respectfully,

Lindsay Korotkin

cc:      John Bisbikis, Esq. (via e-mail jbisbikis@prospectlaw.com)

The Court thanks the parties for the above update.  The Initial Pretrial Conference currently scheduled for May 29, 2026, is hereby ADJOURNED to **August 11, 2026, a**t **10:00 a.m.**  As before, the conference will be held telephonically.  At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     May 15, 2026          SO ORDERED.
           New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE