ArentFox Schiff

**ArentFox Schiff LLP**
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900 **MAIN**
212.484.3990 **FAX**

afslaw.com

**Lindsay Korotkin**
Partner
212.457.5548 **DIRECT**
lindsay.korotkin@afslaw.com

July 28, 2026

**VIA CM/ECF**

Judge Katherine Polk Failla
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: *Roman and Williams, Inc. v.* Ross *Cassidy and Ross Cassidy Inc.*, No. 1:26-cv-01256 – Second Request for Extension of Time to Respond to Complaint

Dear Judge Failla:

We represent Plaintiff Roman and Williams, Inc. ("Plaintiff") in the above-captioned matter. We write on behalf of Plaintiff and with the consent of and at the request of Defendants Ross Cassidy and Ross Cassidy Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties") to respectfully request a twenty-one-day extension of Defendants' deadline to answer or otherwise respond to the Complaint, from August 3, 2026 to August 24, 2026.

This is the Parties' second request for an extension of Defendants' deadline to answer or otherwise respond to the Complaint. The Court granted the Parties' first request by Order dated July 9, 2026 (ECF 17), extending Defendants' response deadline from July 13, 2026 to August 3, 2026 and adjourning the initial pretrial conference to September 1, 2026, at 11:00 a.m. No previous request to extend Defendants' response deadline has been denied.

Good cause exists for the requested extension. The Parties remain engaged in settlement discussions and believe that the additional time requested may facilitate resolution of this action without further litigation, thereby conserving judicial and party resources. This request is made jointly and with the consent of all Parties.

Because the requested response deadline would fall after certain pre-conference deadlines, the Parties also respectfully request that the Court adjourn the corresponding Rule 26(f) conference, initial disclosure, and pre-conference submission deadlines, and, if necessary, the initial pretrial conference, to dates convenient for the Court.

Accordingly, the Parties respectfully request that the Court: (1) extend Defendants' deadline to answer or otherwise respond to the Complaint from August 3, 2026 to August 24, 2026; and (2) adjourn the corresponding Rule 26(f) conference, initial disclosure, and pre-

ArentFox Schiff



conference submission deadlines, and, if necessary, the initial pretrial conference, to dates convenient for the Court.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Lindsay Korotkin*

Lindsay Korotkin

cc: John Bisbikis, Esq. (via e-mail jbisbikis@prospectlaw.com)

Application GRANTED. Defendants' deadline to answer or otherwise respond to the Complaint is hereby ADJOURNED to **August 24, 2026.** In addition, the Initial Pretrial Conference currently scheduled for September 1, 2026, is hereby ADJOURNED to **September 29, 2026,** at **11:00 a.m.** As before, the conference will take place telephonically. At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Court does not anticipate granting any additional requests to extend the deadlines in this matter absent particularly compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated: July 29, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE